# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DAVID LEE SMITH,

    Plaintiff,

v.                                            CASE NO. 4:17cv524-RH/GRJ

CHARLES STAMPELOS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7, and the objections, ECF No. 11. I have reviewed de novo the issues raised by the objections. The report and recommendation correctly concludes that the complaint should be dismissed for failure to comply with the court's order and failure to either pay the filing fee or file a proper motion for leave to proceed *in forma pauperis*.

In addition, the plaintiff has moved for a preliminary injunction. The motion is unfounded and in any event would not survive dismissal of the action.

For these reasons,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The clerk must enter judgment stating, "This case is dismissed without prejudice."

3. The motion for a preliminary injunction, ECF No. 9, is denied.

4. The clerk must close the file.

SO ORDERED on January 21, 2018.

s/Robert L. Hinkle  
United States District Judge